

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QIYUAN SHI,                                   :     17 Civ. 2354 (VEC) (RWL)
                                              :
                  Plaintiff,            :     **ORDER**
                                              :
      - against -                          :
                                              :
ANDREW ASENSO GYAMERA, et al.,                :
                                              :
                  Defendants.           :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the conference held today, the parties shall adhere to the following dates:

- **June 1, 2018**: Submit a joint brief setting forth legal issues and factual issues to be tried; jury instructions; verdict sheet; and voir dire questions.

- **June 12, 2018**: Submit 2 notebooks of exhibits in conformance with my individual rules and practices.

- **June 19-20, 2018**: Jury trial.


                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated:      April 16, 2018
               New York, New York

Copies transmitted to all counsel of record.