USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9-28-18_
BY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

QIYUAN SHI,

                Plaintiff,

       - against -

ANDREW ASENSO GYAMERA, CYNTHIA
A. STEWART, GASANDY VENTURES LLC,
CARS BY CYNTHIA L.L.C., and JOHN DOE,
a/k/a JOHN BARON ROYAL,

                Defendants.

---------------------------------------------------------------X

17 Civ. 2354 (RWL)

**VERDICT FORM**

## **Defendant Andrew Gyamera**

1. Did Plaintiff prove by a preponderance of the evidence that Plaintiff and Mr. Gyamera entered into agreement as to the material terms of a contract?

         NO

   **If yes, proceed to question 2.  If no, go to question 3.**

2. Did Plaintiff prove by a preponderance of the evidence that Mr. Gyamera breached the contract entered into by the parties?

         NO

   **Regardless of your answer, go to question 4.**

3. Did Plaintiff prove by a preponderance of the evidence that Mr. Gyamera was unjustly enriched at Plaintiff's expense?

   YES      NO

   **Regardless of your answer, proceed to question 4.**



4.  Did Plaintiff prove by clear and convincing evidence that Mr. Gyamera is liable for intentional misrepresentation?

YES        (NO)

   a.  If yes, did Plaintiff show that he is entitled to punitive damages by clear, unequivocal, and convincing evidence?

      YES           NO

**If you answered yes to question 4, go to question 6.**
**If you answered no to question 4, proceed to question 5.**

5.  Did Plaintiff prove by a preponderance of the evidence that Mr. Gyamera is liable for negligent misrepresentation?

YES        (NO)

**Regardless of your answer, proceed to question 6.**

**Defendant Gasandy Ventures LLC**

6.  Did Plaintiff prove by a preponderance of the evidence that Plaintiff and Gasandy Ventures entered into agreement as to the material terms of a contract?

(YES)        NO

**If yes, proceed to question 7.  If no, go to question 8.**

7.  Did Plaintiff prove by a preponderance of the evidence that Gasandy Ventures breached the contract entered into by the parties?

(YES)        NO

**Regardless of your answer, go to question 9.**

8.  Did Plaintiff prove by a preponderance of the evidence that Gasandy Ventures was unjustly enriched at the Plaintiff's expense?

YES        NO

**Regardless of your answer, proceed to question 9.**

9. Did plaintiff prove by a preponderance of the evidence that Mr. Gyamera exercised complete domination and control over Gasandy Ventures such that the two should be treated as one?

     NO

    a. If so, did Mr. Gyamera use that complete domination and control to commit fraud, illegal conduct, or other wrong against Plaintiff?

        NO

**If you answered YES to questions 2 or 3 or 4 or 5 or 7 or 8, then proceed to question 10.**

**Otherwise, skip question 10 and proceed to dating and signing this verdict form.**

10. What are Plaintiff's compensatory damages?  (If awarding damages, this amount should <u>not</u> include punitive damages.)

    $ 170,000

Dated: September 28, 2018

_____
**Signature of the Foreperson**