**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
QIYUAN SHI,

                Plaintiff,

-against-

17 **CIVIL** 2354 (RWL)

**JUDGMENT**

ANDREW ASENSO GYAMERA, CYNTHIA
STEWART. GASANDY VENTURES LLC,
CARS BY CYTHIA LLC, and JOHN DOE,
a.k.a. JOHN BARON ROYAL,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 6, 2018, Defendants' motion for judgment as a matter of law, a new trial, or remittitur is denied, and judgment is entered on behalf of Plaintiff against Defendants Gyamera and Gasandy Ventures, in the amount of $170,000.

**Dated:** New York, New York
       December 7
, 2018

                                          RUBY J. KRAJICK
                                          Clerk of Court
                        BY:

                                          Deputy Clerk